# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **EARNEST JAMES FILES, JR.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil Action Number |
| v. ) | **2:20-cv-00959-AKK-HNJ** |
| ) | |
| **STEVEN DALES GIDDENS, et. al.,** ) | |
| ) | |
| **Defendants.** | |

## MEMORANDUM OPINION

The magistrate judge filed a report on July 17, 2020, recommending that Plaintiff Earnest Files' motion to proceed *in forma pauperis* be denied and that his complaint be dismissed without prejudice pursuant to 28 U.S.C. § 1915(g). Doc. 3. Although Files was advised of his right to file specific objections within fourteen days, no objections have been received by the court. Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court concludes that the magistrate judge's Report and Recommendation is due to be adopted. A separate order will be entered.

**DONE** the 10th day of August, 2020.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE